UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

Case No. __5:23CV-43-BJB__

*Electronically Filed*

**CORDERRIS ELERY**                                                                 **PLAINTIFF**

v.

**GEEQUAWN ANTIONE-GRANDISON,**
and
**JAMSTELD WEST, INC.**                                                             **DEFENDANTS**

## NOTICE OF REMOVAL

For their Notice of Removal of this action from the Lyon Circuit Court, Eddyville, Kentucky, to the United States District Court for the Western District of Kentucky, at Paducah, Defendants, Gee'quawn Antione-Grandison ("Grandison") and Jamsteld West, Inc. ("JWI") (collectively "Defendants"), by counsel, state as follows:

1. On or about September 13, 2022, Plaintiff, Corderris Elery ("Plaintiff"), filed his Complaint in Lyon Circuit Court, Eddyville, Kentucky, No. 22-CI-00079, naming Defendants therein ("the Civil Action"). Copies of all process and pleadings in the Civil Action are attached hereto as Exhibit A in accordance with 28 U.S.C. §1446(a).

2. In his Complaint, Plaintiff avers his citizenship and residence to be in Pensacola, Escambia County, Florida. *See* Complaint, ¶ 1, at p. 1.

3. In said Complaint, Plaintiff further avers that Defendant Gee'quawn Antione-Grandison, is a resident of the State of Florida, residing at 4514 Montclair Road, Pensacola,

Escambia County, Florida, is and was at all times relevant to this suit a citizen and resident of the State of Florida. *See* Complaint, ¶ 2, at p. 1. This allegation is correct.

4. In the same Complaint, Plaintiff also avers that Defendant Jamsteld West, Inc., is a Foreign Corporation whose principal office is located at 2717 Commercial Center Blvd., Suite E200, Katy, TX 77494, is and was at all times relevant to this suit a Texas corporation with a principal place of business being in the State of Texas. *See* Complaint, ¶ 3, at p. 1. This allegation is correct.

5. This action is one Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. §1441(a) because this action is between citizens or residents of different states, and because "complete diversity" exists.

6. Consistent with Kentucky practice and procedural rules, Plaintiff's Complaint in the Civil Action did not state a specific amount as being the total in controversy between the parties. Nevertheless, in failing to deny that the amount in controversy was in excess of $75,000 in response to a request for admission served on March 9, 2023, Plaintiff has admitted that he is seeking damages in excess of $75,000, exclusive of interest and costs.

7. This Notice of Removal is being filed in a timely manner, within thirty (30) days of notice that Plaintiff is seeking damages in excess of $75,000, consistent with the provisions 28 U.S.C. § 1446(b)(3).

8. All Defendants named herein consent to the removal of this action, consistent with the provisions of 28 U.S.C. § 1446(b)(2)(A).

9. Promptly after filing the instant Notice of Removal, Defendants will file with the Clerk of the Lyon Circuit Court, Eddyville, Kentucky, a Notice of Filing of Notice of Removal, with a copy of this Notice of Removal attached, and will also make certain a copy of this particular

Notice of Removal is duly served, by regular U.S. Mail, postage prepaid, on Plaintiff via his attorneys who have appeared for Plaintiff in the Civil Action below.

**WHEREFORE,** Defendants, Gee'quawn Antione-Grandison and Jamsteld West, Inc., by counsel, respectfully request this Court to recognize and acknowledge the appropriateness of this removal pursuant to the controlling provisions of 28 U.S.C. § 1446, 28 U.S.C. § 1441, and 28 U.S.C. § 1332.

Respectfully submitted,

*/s/ Julie C. Foster*
Julie C. Foster
KOPKA PINKUS DOLIN PC
462 South Fourth Street, Suite 101
Louisville, KY  40202
P:  502.785.2818
F:  502-785-2812
Jcfoster@kopkalaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Removal, along with attachments and the required Civil Cover Sheet, was on this 12th day of April, 2023, electronically filed with the Court's CM/ECF e-filing system, which will provide e-notice to all parties entitled to same. I also hereby certify that a true and accurate copy of this Notice of Removal, along with attachments and the required Civil Cover Sheet, was this same 12th day of April, 2023, served by regular U.S. Mail, postage prepaid, as well as by email, upon Kelli Lester, Esq., Morgan & Morgan, Kentucky PLLC, 360 East 8th Avenue, Suite 411, Bowling Green, KY 42101, klester@forthepeople.com, *Counsel for Plaintiff*.

*/s/ Julie C. Foster*
*Counsel for Defendants*